IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH R. COOK,<br><br>    Defendant. | 8:11CR248 AND 8:16CR38<br><br>**ORDER** |

Defendant Kenneth R. Cook appeared on his own before the court on January 8, 2019 on a Petition for Offender Under Supervision (Filing No. 86 in 8:11CR248 and Filing No. 46 in 8:16CR38) and Amended Petition for Offender Under Supervision (Filing No. 93 in 8:11CR248 and Filing No. 53 in 8:16CR38). The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas, and the United States was represented by Assistant U.S. Attorney Michael P. Norris.

Accordingly, IT IS ORDERED that the warrant dated December 19, 2018 is dismissed.

Dated this 4th day of June, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge